IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SEAN BARBOUR,

      Petitioner,               No. CIV S-06-1428 DFL DAD P

    vs.

STEVEN MAYBERG, et al.,

      Respondents.         <u>ORDER</u>

_____/

        Respondents have requested an extension of time to file a response to petitioner's habeas petition pursuant to the court's order of August 9, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondents' September 8, 2006 request for an extension of time is granted; and

        2. Respondents shall file and serve a response to petitioner's habeas petition on or before October 10, 2006. The petitioner's traverse shall be filed thirty days thereafter.

DATED: September 15, 2006.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:bb
barb1428.111