IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SEAN BARBOUR,

      Petitioner,                    No. CIV S-06-1428 DFL DAD P

   vs.

STEVEN MAYBERG, et al.,

      Respondents.                ORDER

_____/

        Petitioner, a civil detainee proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 6, 2007, the court filed findings and recommendations recommending this action be dismissed due to petitioner's failure to keep the court apprised of his current address. The findings and recommendations will be vacated. On December 18, 2006, petitioner filed a notice of change of address which indicated that as of January 4, 2007, his address would be the Yuba County Jail. See Notice of Change of Address, filed 12/18/06 at 2.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations, filed on July 6, 2007, are vacated;

        2. The Clerk of the Court is directed to re-serve on petitioner the court's June 13, 2007 order; and

1

3. The Clerk of the Court is directed to change the court's records to reflect petitioner's address as: Yuba County Jail, P.O. Box 1031, Marysville, CA 95901.

DATED: August 21, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
barb1428.vac