IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT SEAN BARBOUR,

    Petitioner,                     No. CIV 06-1428 RRB DAD P

    vs.

STEVEN MAYBERG, et al.,

    Respondents.                FINDINGS AND RECOMMENDATIONS

_____/

        On December 18, 2006 petitioner filed with the court a notice of change of address indicating that as of January 4, 2007, his address would be the Yuba County Jail. No subsequent notice of change of address has been filed with the court by petitioner. On August 21, 2007, a court order was served on petitioner's address of record and returned by the postal service as undeliverable with a notation that petitioner was not in custody at that facility. It appears that petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed due to petitioner's failure to keep the court apprised of his current address. See Local Rules 83-182(f) and 11-110 (E.D. Cal. 1997).

/////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 2, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
barb1428.133a2

2